UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VICTORIA MARTINEZ, | ) | Case No.: C 09-3471 PSG |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

On November 2, 2010, the court denied Defendant Michael J. Astrue's motion to dismiss. *See* Order Denying Motion to Dismiss filed on November 2, 2010. Pursuant to Rule 12(a)(4)(A), Defendant Astrue should have served a responsive pleading within 14 days after notice of the court's action. To date, Defendant Astrue has not filed any responsive pleading.

Accordingly, Defendant Astrue is ordered to show cause in writing no later than January 18, 2011 why default should not be entered against him.

IT IS SO ORDERED.

Dated: January 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*