1  MELINDA L. HAAG
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ANN L. MALEY, CSBN 176877
4  Special Assistant United States Attorney

5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone:  (415) 977-8974
7      Facsimile:  (415) 744-0134
       E-Mail: Ann.Maley@ssa.gov
8
   Attorneys for Defendant
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12 VICTORIA MARTINEZ,              )
                                   )      CIVIL NO. 09-03471
13        Plaintiff,               )
                                   )
14        v.                       )      **STIPULATION FOR EXTENSION OF**
                                   )      **TIME AND [**xxxxxxxx**]D ORDER**
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17        Defendant.               )
   _____ )
18

19      Parties, through their attorneys, move this Court for an Order granting Defendant until April 8,

20 2011 within which to file his response to Plaintiff's Opening Brief (the response is currently due on

21 March 25, 2011).

22      Good cause exists for this extension.  Defendant's counsel seeks this brief extension of time to

23 obtain authority to settle this matter.  There have been no previous stipulations for extension of time in

24 this case.

25      It is respectfully requested that the Court approve this stipulation and grant Defendant up to and

26 including April 8, 2011 to file its opposition and cross-motion for summary judgment.

27

28

Respectfully submitted,

DATED: March 24, 2011

By: */s/Bess M. Brewer*
(As agreed via email on 3/24/11)
BESS M. BREWER
Attorney at Law
Attorney for Plaintiff

Dated: March 24, 2011

MELINDA L. HAAG
United States Attorney

/s/ *Ann L. Maley*
ANN L. Maley
Special Assistant U.S. Attorney

Attorneys for Defendant

 Pursuant to stipulation, IT IS ORDERED that Defendant's time to respond to Plaintiff's motion for summary judgment is extended from March 25, 2011 to April 8, 2011.

DATED: March 25, 2011

PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE