MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8974
Facsimile: (415) 744-0134
E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | **Case No. 09-03471 PVT**<br><br>xxxxxxxxxxxx **ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: April 4, 2011

_Paul S. Grewal_
Paul Singh Grewal
UNITED STATES MAGISTRATE JUDGE